# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 19, 2021

## NO. 03-20-00294-CV

**Appellant, Mary Louise Serafine// Cross-Appellants, Alexander and Ashley Blunt**

**v.**

**Appellees, Alexander and Ashley Blunt// Cross Appellee, Mary Louise Serafine**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, KELLY, AND SMITH
AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
OPINION BY JUSTICE BAKER**

This is an appeal from the judgment signed by the trial court on May 7, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the portion of the trial court's judgment awarding attorneys' fees and sanctions to appellant/cross-appellee. Therefore, the Court reverses that portion of the trial court's judgment and remands the case to the trial court for further proceedings solely on the issue of the amount of attorneys' fees and sanctions appellant/cross-appellee is entitled to. The Court affirms the judgment of the trial court in all other respects. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.